1  DANIEL G. BOGDEN
   United States Attorney
2  Nevada State Bar No. 2137
   Michael A. Humphreys
3  Assistant United States Attorney
   U.S. Attorney's Office
4  333 Las Vegas Boulevard South, Suite5000
   Las Vegas, Nevada 89101
5  Telephone: 702-388-6336
   Facsimile: 702-388-6787
6  Email: michael.humphreys@*usdoj.gov*
   Counsel for the United States of America
7

8

9                    UNITED STATES DISTRICT COURT

10                        DISTRICT OF NEVADA

11  UNITED STATES OF AMERICA,            )
                                         )
12              Plaintiff,               )   Case No. 2:12-cv-886-APG-VCF
                                         )
13         v.                            )
                                         )
14  2006 MERCEDES-BENZ ML350 VIN NO.     )
    4JGBB86E46A016429,                   )
15                                       )
                Defendant.               )
16
                          **STATUS REPORT**

17

18         COMES NOW the United States of America and provides a status report on this matter.

19  **Background**

20         On March 19, 2014, the United States appeared before the Court for a status conference and

21  informed the Court that the Government was still in the process of notifying approximately 340

22  additional victims which had recently been identified as potential interest holders and claimants in the

23  2006 MERCEDES-BENZ ML350 VIN NO. 4JGBB86E46A016429. Accordingly, the Court ordered

24  that in 60 days a status report should be filed explaining the status of the service of process of the

25  additional 340 victims in this case.

26  . . .

**Current Status**

Of the 367 victims that were identified by the United States, 269 have been successfully served by regular U.S. Mail, certified U.S. Mail return receipt requested, express overnight mail, and/or personal service, while the Government is still waiting to see if 52 of the items sent through these exact same methods will be served successfully as well (it should be noted that 26 of the 52 victims discussed above are being served outside of the United States).

Of the original 367 victims that the United States attempted to serve, 17 were found to have addresses that were no longer correct. As such, new addresses have been identified for these 17 victims and the Government has sent a second, and in some cases third, set of notices to them. The Government is still waiting to see if the service on these 17 individuals will be successful.

Finally, the Government has attempted to serve 29 of those victims with no success.  The FBI has exhausted all reasonable efforts in its attempts to locate and serve these 29 individuals; and will provide this Court with a declaration describing the Government's due diligence in attempting to serve these individuals.

| Service Status | Victims |
|---|---|
| Service successful: | 269 |
| Service pending on first attempt: | 52 |
| Service pending on second or third attempt: | 17 |
| Whereabouts Unknown - Cannot be served: | 29 |
| Total victims: | 367 |

The United States requests the Court to provide an addition 61 days, or until Monday, July 21, 2014, to further complete the service of process on the remaining 69 victims, at which time the Government can provide a status report.

. . .

1    If this Court has any questions regarding this matter, the undersigned counsel will make

2  himself available at this Court's discretion to answer such questions.

3    Dated this 21st day of May, 2014.

Respectfully submitted,

4

DANIEL G. BOGDEN
United States Attorney

5

6

7    /S/ Michael A. Humphreys

MICHAEL A. HUMPHREYS
Assistant United States Attorney

8

9                    **ORDER**

10   **IT IS SO ORDERED.**

11   Dated:  May 22, 2014.

12

13

UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

3