DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
Michael A. Humphreys
Assistant United States Attorney
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: michael.humphreys@*usdoj.gov*
Counsel for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:12-CV-886-APG-VCF |
| 2006 MERCEDES-BENZ ML350 VIN NO. 4JGBB86E46A016429, | ) |
| Defendant. | ) |

**STATUS REPORT**

COMES NOW the United States of America and provides a status report on this matter.

**Background**

On March 19, 2014, the United States appeared before the Court for a status conference and informed the Court that the Government was still in the process of notifying approximately 340 additional victims which had recently been identified as potential interest holders and claimants in the 2006 MERCEDES-BENZ ML350 VIN NO. 4JGBB86E46A016429. Accordingly, the Court ordered that in 60 days a status report should be filed explaining the status of the service of process of the additional 340 victims in this case.

. . .

On May 21, 2014, a status report was filed regarding the status of the service of process in the case (Status Report, ECF No. 17). At that point, 69 remaining victims had not yet been served. The United States requested the Court give it until July 21, 2014, to continue to complete the additional service, at which point it would provide a status report on the status of the service of process to the Court.

On May 22, 2014, the Court granted this request. Order, ECF No. 18.

**Current Status**

Of the 356 victims that were identified by the United States, 311 have been successfully served by regular U.S. Mail, certified U.S. Mail return receipt requested, express overnight mail, and/or personal service, while the Government is still attempting to serve eight remaining victims.

Finally, the Government has attempted to serve 37 of those victims with no success. The FBI has exhausted all reasonable efforts in its attempts to locate and serve these 37 individuals; and will provide this Court with a declaration describing the Government's due diligence in attempting to serve these individuals.

| Service Status | Victims |
|---|---|
| Service successful: | 311 |
| Still attempting service: | 8 |
| Whereabouts Unknown - Cannot be served: | 37 |
| Total victims: | 356 |

The United States requests the Court to provide until Wednesday, September 24, 2014, to further complete the service of process on the remaining eight victims, at which time the Government can provide a status report.

. . .

. . .

2

1    If this Court has any questions regarding this matter, the undersigned counsel will make
2 himself available at this Court's discretion to answer such questions.
3    Dated this 23rd day of July, 2014.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney


/S/ Michael A. Humphreys
MICHAEL A. HUMPHREYS
Assistant United States Attorney


IT IS SO ORDERED:


UNITED STATES DISTRICT JUDGE
DATED: July 23, 2014

3