1  DANIEL G. BOGDEN
   United States Attorney
2  Nevada State Bar No. 2137
   MICHAEL A. HUMPHREYS
3  Assistant United States Attorney
   Lloyd D. George United States Courthouse
4  333 Las Vegas Boulevard South, Suite 5000
   Las Vegas, Nevada 89101
5  Telephone: (702) 388-6336
   Facsimile: (702) 388-6787
6  Counsel for Plaintiff

7

8

9

10

11                   **UNITED STATES DISTRICT COURT**

12                        **DISTRICT OF NEVADA**

13  UNITED STATES OF AMERICA,                )
                                             )
14              Plaintiff,                   )
                                             )
15       v.                                  )   2:12-CV-886-APG-(VCF)
                                             )
16  2006 MERCEDES-BENZ ML350 VIN NO.         )
    4JGBB86E46A016429,                       )
17                                           )
                Defendant.                   )
18
    **DEFAULT JUDGMENT OF FORFEITURE AS TO THE 2006 MERCEDES-BENZ ML350**
19  **VIN NO. 4JGBB86E46A016429, ALL PERSONS AND ENTITIES LISTED IN EXHIBIT 1,**
    **AND ALL PERSONS OR ENTITIES WHO CLAIM AN INTEREST IN THE 2006**
20  **MERCEDES-BENZ ML350 VIN NO. 4JGBB86E46A016429**

21  **I. FACTS**

22       1.      From 2008 to 2011, Eduard Petroiu, Vladimir Budestean, Delyana Nedyalkova, and

23  others were engaged in a massive fraud where the conspirators would offer cars, trucks and other

24  conveyances for sale over the internet that did not exist or did not belong to the conspirators to sell.

25  Relying on the schemers' false promises, over 300 unwitting buyer/victims sent money to the

26  conspirators expecting to receive a car, or similar conveyance, that was never delivered.

2.     Eduard Petroiu and Aurel Petroiu purchased the 2006 Mercedes-Benz ML350 VIN No. 4JGBB86E46A016429 on September 1, 2009, at a Honda Dealership located in Las Vegas, Nevada. The vehicle was titled to both Petrious and registered to Aurel Petroiu.

3.     During the course of the two and a half year investigation, law enforcement surveilled the 2006 Mercedes-Benz ML350 approximately 160 hours. Of that time period, Eduard Petroiu was seen occupying and operating the 2006 Mercedes-Benz ML350 virtually every time, while Aurel Petroiu was never seen operating the 2006 Mercedes-Benz ML350.

4.     At all relevant times, Eduard Petroiu was unemployed and lacked the sufficient and legitimate resources to purchase the 2006 Mercedes-Benz ML350.

5.     Once targeted by law enforcement, Eduard Petroiu and his co-conspirators' fraud scheme came to a swift end, culminating in their indictment in December 2011.  A superseding indictment was returned against the defendants in October 2012.  Eduard Petroiu was sentenced on March 24, 2014, to Conspiracy to Commit Wire Fraud. All but two of the 17 conspirators have pled guilty and have been sentenced.

## II. PROCEDURE

6.     The United States filed a verified Complaint for Forfeiture in Rem on May 24, 2012. Complaint, ECF No. 1.  The Complaint (ECF No. 1) alleges the defendant property:

      a.     constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 1343, a specified unlawful activity as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B), or a conspiracy to commit such offenses and is, therefore, subject to seizure pursuant to 18 U.S.C. § 981(b), and forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); and

      b.     is involved in transactions or attempted transactions in violation of 18 U.S.C. § 1956, or is a property traceable to such properties, and is, therefore, subject to seizure pursuant to 18 U.S.C. § 981(b), and forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A).

7.     On June 5, 2012, the Court entered an Order for Summons and Warrant of Arrest in Rem for the Property and Notice and issued the Summons and Warrant of Arrest in Rem. Order for Summons and Warrant, ECF No. 4; Summons and Warrant, ECF No. 5.

8.     Pursuant to the Order (ECF No. 4), the Complaint (ECF No. 1), the Order (ECF No. 4), the Summons and Warrant (ECF No. 5), and the Notice of Complaint for Forfeiture (ECF No. 6, p. 3-4, 20-21; ECF No. 9, p. 4-5, 21-22, 38-39, 55-56, 72-73, 89-90; ECF No. 10, p. 3-4; ECF No. 21-1, p. 1-3; ECF No. 22-1, p. 1-4; ECF No. 24, p. 3-4) were served on the 2006 Mercedes-Benz ML350 VIN No. 4JGBB86E46A016429 and all persons claiming an interest in the 2006 Mercedes-Benz ML350 VIN No. 4JGBB86E46A016429.  Notice was published according to law.

9.     Pursuant to Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Fed. R. Civ. P. Supp. Rule") G(5), all persons interested in the defendant property were required to: (1) file a verified claim, setting forth the person's or its interest in the property, that (a) identifies the specific interest in the property claimed, (b) identifies the claimant and states the claimant's interest in the property, and (c) is signed by the claimant under penalty of perjury pursuant to 28 U.S.C. § 1746; (2) file the verified claim with the Clerk of the above-entitled Court no later than 35 days after the notice is sent or, if direct notice was not sent, no later than 60 days after the first day of publication on the official internet government forfeiture site, www.forfeiture.gov; (3) file an answer to the Complaint for Forfeiture in Rem or a motion under Rule 12 with the Clerk of the Court, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, NV 89101, no later than 21 days after filing the verified claim; and (4) serve a copy of the verified claim and the answer at the time of each filing on Michael A. Humphreys, Assistant United States Attorney, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Suite 5000, Las Vegas, Nevada 89101. Complaint, ECF No. 1; Order for Summons and Warrant, ECF No. 4; Summons and Warrant, ECF No. 5; Notice of Complaint, ECF No. 6, p. 3-4, 20-21; ECF No. 9, p. 4-5, 21-22, 38-39, 55-56, 72-73, 89-90; ECF No. 10, p. 3-4; ECF No. 21-1, p. 1-3; ECF No. 22-1, p. 1-4; ECF No. 24, p. 3-4. Public notice of the forfeiture action and arrest was given to all persons and entities by publication via

3

the official internet government forfeiture site, www.forfeiture.gov, from July 28, 2012, through August 26, 2012. Notice of Filing Proof of Publication, ECF No. 7.

**SERVICE OF PROCESS**

10.     On June 28, 2012, the United States Marshals Service served the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice by executing them on the defendant property. Notice of Filing Service of Process, ECF No. 6, p. 2-18.

11.     On June 18, 2012, the United States Marshals Service service the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice on Aurel Petroiu by personal, in-hand service. Notice of Filing Service of Process, ECF No. 6, p. 19-35.

12.     On January 18, 2013, the United States Marshals Service served the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice on Herbert Sachs, attorney accepting service on behalf of Delyana Nedyalkova, by personal, in-hand service. Notice of Filing Service of Process, ECF No. 9, p. 3-19.

13.     On January 8, 2013, the United States Marshals Service served the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice on Delyana Nedyalkova by personal, in-hand service. Notice of Filing Service of Process, ECF No. 9, p. 20-36.

14.     On January 11, 2013, the United States Marshals Service served the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice on Xavier Gonzalez, Attorney accepting service on behalf of Eduard Petroiu, by personal, in-hand service. Notice of Filing Service of Process, ECF No. 9, p. 37-53.

15.     On October 24, 2012, the United States Marshals Service served the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice on Eduard Petroiu by personal, in-hand service. Notice of Filing Service of Process, ECF No. 9, p. 54-70.

16.     On January 8, 2013, the United States Marshals Service served the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice on Eric. P. Roy, . . .

4

attorney accepting service on behalf of Vladimir Budestean, by personal, in-hand service. Notice of Filing Service of Process, ECF No. 9, p. 71-87.

17.     On January 15, 2013, the United States Marshals Service served the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice on Vladimir Budestean by personal, in-hand service. Notice of Filing Service of Process, ECF No. 9, p. 88-104.

18.     On March 12, 2013, the United States Marshals Service served the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice on Aurel Petroiu by personal, in-hand service. Notice of Filing Service of Process, ECF No. 10, p. 2-18.

19.     On February 5, 2014, Allen Barilleaux, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process - Mailing, ECF Nos. 22 through 22-5.

20.     On February 5, 2014, Joshua Bergman, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process - Mailing, ECF Nos. 22 through 22-5.

21.     On February 5, 2014, Joan and Clifford Beverly, were served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process - Mailing, ECF Nos. 22 through 22-5.

22.     On February 5, 2014, Chris Deprez, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process - Mailing, ECF Nos. 22 through 22-5.

23.     On February 5, 2014, James Joseph Dills, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process - Mailing, ECF Nos. 22 through 22-5.

24.     On February 5, 2014, Carolyn Doucette, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process - Mailing, ECF Nos. 22 through 22-5.

25.     On February 5, 2014, David Farber, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process - Mailing, ECF Nos. 22 through 22-5.

26.     On February 5, 2014, German Vehicle Services, Inc., was served by regular and certified return receipt mail with Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process - Mailing, ECF Nos. 22 through 22-5.

27.     On February 5, 2014, Kysla Geroux, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process - Mailing, ECF Nos. 22 through 22-5.

28.     On February 5, 2014, Shawna Jasper, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process - Mailing, ECF Nos. 22 through 22-5.

29.     On February 5, 2014, Chris Jepsen, was served by regular mail with Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process - Mailing, ECF Nos. 22 through 22-5.

30.     On February 5, 2014, Josee Nugent, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process - Mailing, ECF Nos. 22 through 22-5.

31.     On February 5, 2014, Robert and Kay Ostram, were served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process - Mailing, ECF Nos. 22 through 22-5.

32.     On February 5, 2014, Kenneth Wayne Seabolt, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process - Mailing, ECF Nos. 22 through 22-5.

. . .

33.     On February 5, 2014, Will Senst, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process - Mailing, ECF Nos. 22 through 22-5.

34.     On February 5, 2014, Yulid Steenhoek, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process - Mailing, ECF Nos. 22 through 22-5.

35.     On February 5, 2014, Jim West, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process - Mailing, ECF Nos. 22 through 22-5.

36.     On April 8, 2014, Acela Rangel Martinez, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-5.

37.     On April 8, 2014, Aimee Garcia, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-5.

38.     On April 8, 2014, Allen Johnson, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-5.

39.     On April 8, 2014, Allen Flagg, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-5.

40.     On April 8, 2014, Amika Mak, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-5.

. . .

. . .

41.     On April 8, 2014, Anne Devine, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-5.

42.     On April 8, 2014, Billy Perkins, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-5.

43.     On April 8, 2014, Bonnie Kay Ayers, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-5.

44.     On April 8, 2014, Brandon Pope, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-5

45.     On April 8, 2014, Brent Buchwalter, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-5.

46.     On April 8, 2014, Brian Jennings, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-5.

47.     On April 8, 2014, Charles Shumway, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-5.

48.     On April 8, 2014, Brenda Miller, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-5.

. . .

. . .

49.     On April 8, 2014, Cheryl Moates, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-5.

50.     On April 8, 2014, Christopher Wotring, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-5.

51.     On April 8, 2014, Crystal Ortega, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-5.

52.     On April 9, 2014, Christopher Ulmer, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

53.     On April 9, 2014, Craig Schniers, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

54.     On April 9, 2014, Curtis Aytes, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

55.     On April 9, 2014, Dan Smith, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

56.     On April 9, 2014, Denise Davis, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

. . .

57.     On April 9, 2014, Dick Guthrie, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

58.     On April 9, 2014, Doniyell Curtis, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

59.     On April 9, 2014, David McDarby, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

60.     On April 9, 2014, Dean Schneider, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

61.     On April 9, 2014, Denise Dulaney, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

62.     On April 9, 2014, Diego Lopez, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

63.     On April 9, 2014, Dorlena Bernard, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

64.     On April 9, 2014, Edwin Ruiz, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

. . .

65.     On April 9, 2014, Elmer Rothman, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

66.     On April 9, 2014, Elvir Mujagic, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

67.     On April 9, 2014, Eric Willis, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

68.     On April 9, 2014, Edward Parker, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

69.     On April 9, 2014, Elsa Fandino, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

70.     On April 9, 2014, Enrique Castro, was served by regular and certified return receipt mail with Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

71.     On April 9, 2014, Eric Turnquist, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

72.     On April 9, 2014, Erich Brugmann, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

. . .

73.     On April 9, 2014, Ericka Rivera, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

74.     On April 9, 2014, Frank Lovell, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

75.     On April 9, 2014, Gabriela Martinez, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned to our offices marked "unclaimed." Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

76.     On April 9, 2014, Gary Giarruso, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

77.     On April 9, 2014, Ernest McCante, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

78.     On April 9, 2014, Faye Beu, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

79.     On April 9, 2014, Francis Harris, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

80.     On April 9, 2014, Fred Burch, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

81.     On April 9, 2014, Garrett Walker, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

82.     On April 9, 2014, Gene Samuels, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

83.     On April 9, 2014, Glenn Kiser, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

84.     On April 9, 2014, Greg Fults, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

85.     On April 9, 2014, Hector Panduro, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

86.     On April 9, 2014, Isaac Rodriguez, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

87.     On April 9, 2014, Gloria Hart, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

88.     On April 9, 2014, Holly Wyrick, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

. . .

. . .

13

89.     On April 9, 2014, Isaac Helig, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

90.     On April 9, 2014, Ismelda Ochoa, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

91.     On April 9, 2014, James Kochenderfer, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

92.     On April 9, 2014, James Leslie, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

93.     On April 9, 2014, James Rice, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

94.     On April 9, 2014, Jamie Fret, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

95.     On April 9, 2014, James Schramer, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

96.     On April 9, 2014, Jacqueline Scott, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.

. . .

97.     On April 9, 2014, Jarod Luginbill, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

98.     On April 9, 2014, Jazmin Albarran, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

99.     On April 9, 2014, Jeannine Lillard, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

100.    On April 9, 2014, Jeffrey Torres, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned to our offices "unclaimed." Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

101.    On April 9, 2014, Jennifer Alexander, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

102.    On April 9, 2014, Jesse Rizo, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned to our offices as "unclaimed." Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

103.    On April 9, 2014, Jimmy Farmer, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

. . .

. . .

104.    On April 9, 2014, Joe Falleur, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

105.    On April 9, 2014, Joe Fischer, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

106.    On April 9, 2014, John Aguilar, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

107.    On April 9, 2014, John Blair, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-6.

108.    On April 11, 2014, John Blankenship, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-7.

109.    On April 11, 2014, John Sharkey, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-7.

110.    On April 11, 2014, Jonathan Conroy, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-7.

111.    On April 11, 2014, Jorge Bravo, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned "unclaimed." Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-7.

. . .

16

112.    On April 11, 2014, Jorge Coneo, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-7.

113.    On April 11, 2014, Jose DeJesus Castellon, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-7.

114.    On April 11, 2014, Joshua Wallace, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-7.

115.    On April 11, 2014, Judy Groves, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-7.

116.    On April 11, 2014, Kanesha Polk, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-7.

117.    On April 11, 2014, Katie Hollis, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-7.

118.    On April 11, 2014, Keith Chesser, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-7.

119.    On April 11, 2014, Kellie Marie Sampson, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-7.

120.     On April 11, 2014, Kenneth Bagwell, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-7.

121.     On April 11, 2014, Khachik Ashimyan, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned to our offices after two attempts. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-7.

122.     On April 11, 2014, Kimberly Rodriguez, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-7.

123.     On April 11, 2014, Konya Miles, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned to our offices marked "unclaimed." Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-7.

124.     On April 11, 2014, Kurtis Bednarcyk, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-7.

125.     On April 11, 2014, Larry Looney, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-7.

126.     On April 11, 2014, Latonia Rubin, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail is still pending service. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-7.

. . .

127.   On April 11, 2014, Laurie Meyer, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-7.

128.   On April 11, 2014, Leonard Kraus, Jr., was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-7.

129.   On April 11, 2014, Lia Baylor, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-7.

130.   On April 14, 2014, Luis Cairo, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-8.

131.   On April 14, 2014, Luis Huerta, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-8.

132.   On April 14, 2014, Lula Cunningham, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-8.

133.   On April 14, 2014, Lynn Martina, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-8.

134.   On April 14, 2014, Majorie Schall, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified

. . .

mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-8.

135.    On April 14, 2014, Marcin Mazur, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-8.

136.    On April 14, 2014, Margo Larie, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-8.

137.    On April 14, 2014, Mark Brown, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-8.

138.    On April 14, 2014, Mark Lee, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-8.

139.    On April 14, 2014, Marty Hurtgen, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-8.

140.    On April 14, 2014, Mary Prater, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-8.

141.    On April 14, 2014, Mary Quinnelly, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-8.

142.    On April 14, 2014, Maurice Rodriguez, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the

Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-8.

143.    On April 14, 2014, Melissa Vasseur, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-8.

144.    On April 14, 2014, 2014, Michael A. Grzanke, was served by regular mail with Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-8.

145.    On April 14, 2014, Michael Bessesen, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-8.

146.    On April 14, 2014, Michael Dahle, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-8.

147.    On April 14, 2014, Michael J. Lucas, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-8.

148.    On April 14, 2014, Michael Rezek, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-8.

149.    On April 14, 2014, Michael White, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-8.

150.    On April 14, 2014, Michelle Longiaro, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified

mail was returned to our offices marked "unclaimed." Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-8.

151.    On April 14, 2014, Mike Dexter, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-8.

152.    On April 14, 2014, Mitchell Prater, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-8.

153.    On April 14, 2014, Nanette and Peter Vanderheyden, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-8.

154.    On April 14, 2014, Nathan Baker, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-8.

155.    On April 14, 2014, Patricia Brown, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-8.

156.    On April 14, 2014, Patricia Clawson, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-8.

157.    On April 14, 2014, Patricia Ellen Schramm, was served by regular mail with the Notice and Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-8.

158.     On April 14, 2014, Patricia Markley, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-8.

159.     On April 15, 2014, Patricia White, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail is still pending service. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

160.     On April 15, 2014, Patrick Hines, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

161.     On April 15, 2014, Philip M. Cavanagh, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. The certified mail is still pending service. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

162.     On April 15, 2014, Priscilla McGuire, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

163.     On April 15, 2014, Ralph Mora, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

164.     On April 15, 2014, Randy Kroeplin, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

. . .

. . .

165.    On April 15, 2014, Randy Romey, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

166.    On April 15, 2014, Rebecca Weston, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

167.    On April 15, 2014, Reynald Goff, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

168.    On April 15, 2014, Ricardo Cedillos, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

169.    On April 15, 2014, Richard & Sherri Crowe, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

170.    On April 15, 2014, Richard C. Spencer, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

171.    On April 15, 2014, Richard Sheubrock, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

. . .

. . .

172.     On April 15, 2014, Robbie Meacham, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

173.     On April 15, 2014, Robert Adams, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

174.     On April 15, 2014, Robert Griswold, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

175.     On April 15, 2014, Robert Guenther, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

176.     On April 15, 2014, Robert Hall, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

177.     On April 15, 2014, Robert Johnson, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

178.     On April 15, 2014, Robert Johnson, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

179.     On April 15, 2014, Robert Wood, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

. . .

180.    On April 15, 2014, Rodney Reichstadt, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

181.    On April 15, 2014, Roger Dwight, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

182.    On April 15, 2014, Roger Vanden Hoek, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

183.    On April 15, 2014, Rosaria Cipollone, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned to our offices marked "unclaimed." Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

184.    On April 15, 2014, Russell Hawkes, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

185.    On April 15, 2014, Sandy Sanders, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

186.    On April 15, 2014, Scott Austin, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

. . .

. . .

187.    On April 15, 2014, Scott Carlos, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

188.    On April 15, 2014, Scott Vosburgh, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

189.    On April 15, 2014, Shannon Boots, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

190.    On April 15, 2014, Sharron A. Bowman, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

191.    On April 15, 2014, Sheran Sweet, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

192.    On April 15, 2014, Steve Churchman, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

193.    On April 15, 2014, Steve Forsythe, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

194.    On April 15, 2014, Steve Sondley, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

. . .

195.    On April 15, 2014, Susan Brown, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

196.    On April 15, 2014, Tamara D. Sanford, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

197.    On April 15, 2014, Tammy Cunningham, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. The certified mail is still pending service. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

198.    On April 15, 2014, Tammy Jo Brown, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

199.    On April 15, 2014, Terrance Thomas, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

200.    On April 15, 2014, Thomas Gast, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-9.

201.    On April 16, 2014, Thomas Hall, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

. . .

. . .

202.    On April 16, 2014, Thomas Walton, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

203.    On April 16, 2014, Tiffany Vandenbosh, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

204.    On April 16, 2014, Timothy Hanousek, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

205.    On April 16, 2014, Timothy Zick, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

206.    On April 16, 2014, Todd Pirie, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

207.    On April 16, 2014, Tony Dawson, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

208.    On April 16, 2014, Tony Willett, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

. . .

. . .

209.    On April 16, 2014, Tristen Jannusch, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

210.    On April 16, 2014, Udomsak Talabnak, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

211.    On April 16, 2014, Vicki Walters, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

212.    On April 16, 2014, Vickie Lipscomb, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

213.    On April 16, 2014, Vicky D'Alessandro, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

214.    On April 16, 2014, Victor Puga, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

215.    On April 16, 2014, Virginia Kraatz, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

216.    On April 16, 2014, Warren Adams, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

217.     On April 16, 2014, Wayne Fostin, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

218.     On April 16, 2014, Wayne Welshons, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

219.     On April 16, 2014, William Bowery, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

220.     On April 16, 2014, William Skurkis, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

221.     On April 16, 2014, Ana R. Moran, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail is still pending service. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

222.     On April 16, 2014, April Weber, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

223.     On April 16, 2014, Barbar Jackson, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

224.     On April 16, 2014, Brian Oliver, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

225.   On April 16, 2014, Carie Summers, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

226.   On April 16, 2014, Chase Tjelmeland, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

227.   On April 16, 2014, Daniel James Summers, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

228.   On April 16, 2014, Dave and Kelly King, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

229.   On April 16, 2014, David Flores, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

230.   On April 16, 2014, Deena Duncan, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

231.   On April 16, 2014, Dustin Hite, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

232.   On April 16, 2014, Edward Cutter, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

233.    On April 16, 2014, Emilio Crocco, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

234.    On April 16, 2014, Enrique Centeno, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

235.    On April 16, 2014, Felipe Rea, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned to us as "unclaimed." Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

236.    On April 16, 2014, Gary Catron, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

237.    On April 16, 2014, Gary Filla, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

238.    On April 16, 2014, Jason Stephens, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned to our offices marked "unclaimed." Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

239.    On April 16, 2014, John Ogburn, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

240.    On April 16, 2014, Jonathan Chapman, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified . . .

mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

241.    On April 16, 2014, Kent Lyons, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

242.    On April 16, 2014, L. Reisner, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

243.    On April 16, 2014, Lajoy Lindsey-Hanohano, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

244.    On April 16, 2014, Lawrence Jutz, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

245.    On April 16, 2014, Mary Mostyn, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

246.    On April 16, 2014, Melissa Wang, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

247.    On April 16, 2014, Raphael Boyce, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

. . .

. . .

248.    On April 16, 2014, Richard Cirrcione, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

249.    On April 16, 2014, Scott N. Einfalt, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

250.    On April 16, 2014, Sean M. Pennington, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

251.    On April 16, 2014, Shelbi McQuary, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

252.    On April 16, 2014, Steve Piribauer, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

253.    On April 16, 2014, Tobi Hartley, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

254.    On April 16, 2014, Tonya L. Vanmeter, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

255.    On April 16, 2014, Veronica Gallardo, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified

mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

256.    On April 16, 2014, Roy Jaime Laureano, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

257.    On April 16, 2014, Johnny Christian, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

258.    On April 16, 2014, Jennifer Julian, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

259.    On April 16, 2014, James Houghton, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

260.    On April 16, 2014, Myra Louise Sharpless, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

261.    On April 16, 2014, Charles Deppert, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

262.    On April 16, 2014, Kristy Halvorson, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

. . .

263.    On April 16, 2014, Ellis McMillan, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

264.    On April 16, 2014, Heather Turbyfill, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

265.    On April 16, 2014, Faezeh A. Eduljee, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

266.    On April 16, 2014, Krystal Taylor, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-10.

267.    On or about April 17, 2014, Denica Edge-Williams', mail was returned to us stating "No Mail Receptacle." Notice of Filing Service of Process – Mailing, ECF No. 21.

268.    On April 24, 2014, Ciera Diaz, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-11.

269.    On April 24, 2014, Steven E. Kelly, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-11.

270.    On April 24, 2014, Lenora Jackson, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-11.

. . .

. . .

271.    On April 24, 2014, Blake Gill, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-11.

272.    On April 24, 2014, Debrah Evans, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-11.

273.    On April 25, 2014, Lonnie Bailey, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-12.

274.    On April 25, 2014, Eschol Batts, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-12.

275.    On April 25, 2014, Jennifer Harrell, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-12.

276.    On April 25, 2014, Sonny Detrick, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-12.

277.    On April 25, 2014, Monty Sewell, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-12.

278.    On April 25, 2014, Aram Rezian, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-12.

. . .

279.    On April 25, 2014, Mark Reed, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-12.

280.    On April 25, 2014, Adam & Abrianne Fasig, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-12.

281.    On April 25, 2014, Joseph Smolar, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-12.

282.    On April 29, 2014, Ashley Miller, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-13.

283.    On April 29, 2014, Derek C. Darling, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-13.

284.    On April 29, 2014, Kathy Murray, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-13.

285.    On April 29, 2014, Leonardo Lozano, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-13.

286.    On April 29, 2014, Mary Gleason, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-13.

. . .

287.    On April 29, Melinda Rogers, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-13.

288.    On April 29, 2014, Patricia Lavan, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-13.

289.    On April 29, 2014, Roderick Baccus, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-13.

290.    On April 29, 2014, William Martin, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-13.

291.    On April 29, 2014, Dennis J. Landowski, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-13.

292.    On April 29, 2014, Peter Keller, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-13.

293.    On April 29, 2014, Colitta Lumpkin, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-13.

294.    On or about May 1, 2014, Jillian Felt's, mail was returned to us stating "No Mail Receptacle." Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4.

. . .

295.    On May 8, 2014, Gerald Byers, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-14.

296.    On May 8, 2014, Elizabeth Rogers, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-14.

297.    On May 8, 2014, Ben Fairley, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-14.

298.    On May 8, 2014, Ashley Vanderver, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-14.

299.    On May 8, 2014, Christine Carter, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was marked "unclaimed" by the post office. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-14.

300.    On May 14, 2014, Javier Barrera Guerrero, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-15.

301.    On May 14, 2014, Chris Buckley, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-15.

302.    On May 14, 2014, Narayan Singh KC, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the

Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-15.

303.    On May 14, 2014, Tina York, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-15.

304.    On May 15, 2014, Ronnie Spradlin, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-16.

305.    On May 15, 2014, Alisha A. Rich, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-16.

306.    On May 27, 2014, Kena Revell, was served by regular and certified return receipt mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-17.

307.    On May 29, 2014, Selena Williams, was served by regular mail with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice.  The certified mail was returned to our offices "unclaimed." Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-18.

308.    On May 12, 2014, Tom Dimma, was served via Federal Express with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-19.

309.    On May 12, 2014, Judy Duro, was served via Federal Express with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-19.

. . .

310.     On May 12, 2014, Robert Holland, was served via Federal Express with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-19.

311.     On May 12, 2014, Albert Millis, was served via Federal Express with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-19.

312.     On May 12, 2014, Andres Angulo, was served via Federal Express with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-19.

313.     On May 12, 2014, Brian Bichener, was served via Federal Express with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-19.

314.     On May 12, 2014, Corey W. Shaw, was served via Federal Express with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-19.

315.     On May 12, 2014, Daniel Lang, was served via Federal Express with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-19.

316.     On May 12, 2014, Deoram Bachman, was served via Federal Express with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-19.

317.     On May 12, 2014, Dustin Fernandes, was served via Federal Express with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-19.

. . .

. . .

43

318.     On May 12, 2014, George Thompson, was served via Federal Express with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-19.

319.     On May 12, 2014, Harold Ochsner, was served via Federal Express with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-19.

320.     On May 12, 2014, Jenny Wong, was served via Federal Express with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-19.

321.     On May 12, 2014, Jiayuan Lou, was served via Federal Express with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-19.

322.     On May 12, 2014, Louis Pinsonneault, was served via Federal Express with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-19.

323.     On May 12, 2014, Boris Smudja, was served via Federal Express with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-19.

324.     On May 12, 2014, Jovan Vranijkovic, was served via Federal Express with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-19.

325.     On May 12, 2014, Wei Chien Chih, was served via Federal Express with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4 and 21-19.

. . .

. . .

326.    On May 12, 2014, Ivan Vanca, was served via Federal Express with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4.

327.    On May 12, 2014, Jack McGee Chevrolet, was served via Federal Express with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 21 through 21-4.

328.    On August 6, 2014, Sonya Mahiai, was personally served by the United States Marshals Service with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. Notice of Filing Service of Process, ECF No. 24.

329.    On August 22, 2014, Federal Bureau of Investigation Special Agent Mari Panovich declared that, despite an exhaustive search, the following 45 people could not be located and served with the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice:

1.    Robert Blue
2.    Cole Tully
3.    John Adam
4.    Caroline Benson
5.    Brittney Spears
6.    Clardy Bennett
7.    Fedor DeMarchena
8.    Irene Mays
9.    Juan Carlos Fernandez Garcia
10.   Rajmund Safiejko
11.   Georges Rouman
12.   Min Min
13.   Wendy Rondina
14.   Justin Lee Wall
15.   Christina Beavers
16.   Gordon Johnson
17.   Ashley Weaver
18.   Brandon Hollins
19.   Leland Yonkin
20.   Bruce Crawford
21.   Erick Blackhawk
22.   Jose Hernandez
23.   Eliseo Perez-Acosta
24.   Jose Nunez
25.   Jennifer Stacy
26.   Diane Culton

27.   Roseline Walker
28.   Nathan Hengelfelt
29.   John Rosales
30.   Carl Schrof
31.   Gilbert Montoya
32.   Betty McRee
33.   Elizabeth Swain
34.   Omar Gallegos
35.   Dakota Holding
36.   Jason D. McGowan
37.   Dale Sraybash
38.   Garth Nichol
39.   Ronald Fortier
40.   David Sohier
41.   Melanie Langford
42.   Neil McLellan
43.   Jonathan Ng
44.   Ramon Arvizo
45.   Vanessa Macintosh

Notice of Filing Service of Process – Mailing, ECF No. 21-20.

330.   On September 9, 2014, a Notice of Corrected Image/Document was filed replacing ECF No. 22, the Notice of Filing Service of Process – Mailing, with ECF No. 23. Notice of Corrected Image/Document, ECF No. 23.

331.   On September 23, 2014, a Notice of Corrected Image/Document was filed replacing ECF No. 21, the Notice of Filing Service of Process – Mailing, with ECF No. 26. Notice of Corrected Image/Document, ECF No. 26.

**PROCEDURAL HISTORY**

332.   On May 1, 2014, Peter J. Vanderheyden and Nannette M. Vanderheyden filed a claim in regards to the 2006 Mercedes-Benz ML350 VIN No. 4JGBB86E46A016429. Claim, ECF No. 16.

333.   On July 15, 2014, the United States filed a Settlement Agreement Resolving Third-Party Claim and Agreeing to Judgment of Forfeiture, in Criminal Case 2:11-CR-434-LDG-(PAL).  In the settlement agreement Petitioners Peter J. Vanderheyden and Nannette M. Vanderheyden agreed, among other things, to waive service of process and withdraw their civil claim in regards to the 2006 Mercedes-Benz ML350 VIN No. 4JGBB86E46A016429 in Civil Case 2:12-CV-886-APG-(VCF). Settlement Agreement, 2:11-CR-434-LDG-(PAL), ECF No. 617.

46

334.    On July 18, 2014, the Court entered the Order granting the Settlement Agreement Resolving Third-Party Claim and Agreeing to Judgment of Forfeiture, and Order. (Attached as Exhibit 2. See page 4, paragraph 10 of settlement agreement for language regarding the withdrawal of civil claims for 2:12-CV-886-APG-(VCF)). Order Granting Settlement Agreement, 2:11-CR-434-LDG-(PAL), ECF No. 618.

335.    On May 1, 2014, Kay Ostram and Robert Ostram filed a claim in regards to the 2006 Mercedes-Benz ML350 VIN No. 4JGBB86E46A016429. Claim, ECF No. 15.

336.    On September 16, 2014, the United States filed a Motion to Strike the Claim of Robert Ostram and Kay Ostram. Motion to Strike Claim, ECF No. 25.

337.    On October 16, 2014, the Court entered an Order granting the Motion to Strike the Claim of Robert Ostram and Kay Ostram. Order, ECF No. 27.

338.    No other person or entity has filed a claim, answer, or responsive pleading within the time permitted by 18 U.S.C.§ 983(a)(4) and Fed. R. Civ. P. Supp. Rule G(4) and (5).

339.    Delyana Nedyalkova is not in the military service within the purview of the Servicemembers Civil Relief Act. Exhibit 3.

340.    Delyana Nedyalkova is neither a minor nor an incompetent person.

341.    Vladimir Budestean is not in the military service within the purview of the Servicemembers Civil Relief Act. Exhibit 4.

342.    Vladimir Budestean is neither a minor nor an incompetent person.

343.    Eduard Petroiu is not in the military service within the purview of the Servicemembers Civil Relief Act. Exhibit 5.

344.    Eduard Petroiu is neither a minor nor an incompetent person.

345.    Aurel Petroiu is not in the military service within the purview of the Servicemembers Civil Relief Act. Exhibit 6.

346.    Aurel Petroiu is neither a minor nor an incompetent person.

. . .

347.    On October 17, 2014, the United States filed a Motion for Entry of Clerk's Default against: (1) the 2006 Mercedes-Benz ML350 VIN No. 4JGBB86E46A016429; (2) all persons and entities listed in Exhibit 1; and (3) all persons or entities who claim an interest in the 2006 Mercedes-Benz ML350 VIN No. 4JGBB86E46A016429 in the above-entitled action. Motion for Entry of Clerk's Default, ECF No. 28.

348.    On October 20, 2014, the Clerk of the Court entered a Default against: (1) the 2006 Mercedes-Benz ML350 VIN No. 4JGBB86E46A016429; (2) all persons and entities listed in Exhibit 1; and (3) all persons or entities who claim an interest in the 2006 Mercedes-Benz ML350 VIN No. 4JGBB86E46A016429 in the above-entitled action. Entry of Clerk's Default, ECF No. 29.

**III.  JUDGMENT**

349.    Pursuant to Fed. R. Civ. P. 54(c) and 55(b), the judgment by default does not "differ in kind from, or exceed [the] amount" of relief listed in the complaint for forfeiture.

**IV.  DEFAULT AND ENTRY OF DEFAULT**

350.    As shown above, the United States has requested entry of Clerk's Default against: (1) the 2006 Mercedes-Benz ML350 VIN No. 4JGBB86E46A016429; (2) all persons and entities listed in Exhibit 1; and (3) all persons or entities who claim an interest in the 2006 Mercedes-Benz ML350 VIN No. 4JGBB86E46A016429 in the above-entitled action (ECF No. 28).  The Clerk entered the Default as requested (ECF No. 29).

**V.  NOTICE**

351.    Pursuant to Fed. R. Civ. P. Supp. Rule G(4)(a)(iv)(C), the United States published notice via the official internet government forfeiture site, www.forfeiture.gov, for thirty consecutive days. See above.  Pursuant to Fed. R. Civ. P. Supp. Rule G(4)(b), the United States served the Complaint, the Order for Summons and Warrant of Arrest in Rem for the Property and Notice, the Summons and Warrant of Arrest in Rem for the Property, and the Notice of Complaint for Forfeiture and Arrest on all known potential claimants. See above.

. . .

## VI.  LEGAL SUFFICIENCY OF THE COMPLAINT

352.    The Complaint filed in this action was verified.    The Court has subject matter jurisdiction, in rem jurisdiction over the 2006 Mercedes-Benz ML350 VIN No. 4JGBB86E46A016429, and venue.    The Complaint described the property with reasonable particularity.  The Complaint states where the seizure of the 2006 Mercedes-Benz ML350 VIN No. 4JGBB86E46A016429 occurred and its current location.  The Complaint identifies the statutes under which the forfeiture action is brought.  The Complaint alleges sufficiently detailed facts to support a reasonable belief that the United States will be able to meet its burden proof at trial. See facts above. Complaint, ECF No. 1. Fed. R. Civ. P. Supp. Rule G(2).

353.    The allegations of the Complaint are sustained by the evidence and are adopted as findings of fact.  The Court concludes as a matter of law that the United States is entitled to the relief requested in the Complaint.

## VII.  POTENTIAL CLAIMANTS

354.    Peter J. Vanderheyden and Nannette M. Vanderheyden withdrew their claim and they have no interest in the 2000 Mercedes-Benz CLK 430 VIN No. WDBLJ70G7YF153739.

355.    Robert and Kay Ostram's Claim was struck and they have no interest in the 2006 Mercedes-Benz ML350 VIN No. 4JGBB86E46A016429.

356.    No other person has filed a claim and the time to file a claim has passed.

Based on the foregoing this Court finds that the United States has shown its entitlement to a Default Judgment of Forfeiture as to: (1) the 2006 Mercedes-Benz ML350 VIN No. 4JGBB86E46A016429; (2) all persons and entities listed in Exhibit 1; and (3) all persons or entities who claim an interest in the 2006 Mercedes-Benz ML350 VIN No. 4JGBB86E46A016429.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Default Judgment of Forfeiture is entered against: (1) the 2006 Mercedes-Benz ML350 VIN No. 4JGBB86E46A016429; (2) all persons and entities listed in Exhibit 1; and (3) all persons or entities . . .

who claim an interest in the 2006 Mercedes-Benz ML350 VIN No. 4JGBB86E46A016429 in the above-entitled action.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the 2006 Mercedes-Benz ML350 VIN No. 4JGBB86E46A016429  be, and the same is hereby forfeited to the United States of America, and no right, title, or interest in the property shall exist in any other party.

IT IS HEREBY CERTIFIED, pursuant to 28 U.S.C. § 2465(a)(2), that there was reasonable cause for the seizure or arrest of the defendant property.

_____

UNITED STATES DISTRICT JUDGE

DATED:_____January 9, 2015_____